# United States District Court
## Violation Notice
(Rev. 1/2020)

| Location Code | Violation Number | Officer Name (Print) | Officer No. |
|---|---|---|---|
| OR45 | E1763410 | R1653 | R1653 |

### YOU ARE CHARGED WITH THE FOLLOWING VIOLATION

Date and Time of Offense (mm/dd/yyyy): 7/29/2025 2315
Offense Charged: ☒ CFR ☐ USC ☐ State Code: 41 CFR 102-74-385

Place of Offense: 4310 S Macadam Ave Portland OR

Offense Description: Factual Basis for Charge — HAZMAT ☐
Conformity with Official Signs and Directions

### DEFENDANT INFORMATION

Last Name: VOGEL
First: KATHERINE
MI: MEAGAN

[Street Address, Tag No, State, Year, Make/Model, PASS, Color — redacted]

### APPEARANCE IS REQUIRED
A ☒ If Box A is checked, you must appear in court. See instructions.

### APPEARANCE IS OPTIONAL
B ☐ If Box B is checked, you must pay the total collateral due or in lieu of payment appear in court. See instructions.

$ _____ Forfeiture Amount
+ $30 Processing Fee
$ _____ Total Collateral Due

PAY THIS AMOUNT AT www.cvb.uscourts.gov

### YOUR COURT DATE
Court Address: 1000 SW Third Ave, Portland OR 97204
Date: TBD
Time: TBD

X Defendant Signature: REFUSE TO SIGN

*E1763410*

---

### STATEMENT OF PROBABLE CAUSE
(For issuance of an arrest warrant or summons)

I state that on 07/29, 20 25 while exercising my duties as a law enforcement officer in the _____ District of _____

[Narrative crossed out with diagonal lines; notations: "SUV"]

The foregoing statement is based upon:
☐ my personal observation
☐ my personal investigation
☒ information supplied to me from my fellow officer's observation
☐ other (explain above)

I declare under penalty of perjury that the information which I have set forth above and on the face of this violation notice is true and correct to the best of my knowledge.

Executed on: 7/29/2025    Officer's Signature: [signed]

Probable cause has been stated for the issuance of a warrant.

Executed on: _____    U.S. Magistrate Judge

HAZMAT = Hazardous material involved in incident; PASS = 9 or more passenger vehicle; CDL = Commercial drivers license; CMV = Commercial vehicle involved in incident